IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK ALLEN HART,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br><br>        Defendant.<br>_____/ | No. C 10-01760 JSW<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On September 28, 2010, this Court approved a stipulation extending Plaintiff's time to file his motion for summary judgment from September 28 to November 4, 2010. However, to date, Plaintiff has not yet filed any motion for summary judgment.

Having not received any such motion, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE as to why his case should not be dismissed for failure to prosecute. Plaintiff is ORDERED to file a written response by no later than December 7, 2010. Failure to respond to this Order shall result in dismissal of this matter without prejudice.

**IT IS SO ORDERED.**

Dated: December 2, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE