1  MELINDA L. HAAG, CSBN 132612
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER, SBN WI 1034148
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8937
       Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11  RICK ALLEN HART,              )
                                  )   CIVIL NO. C10-01760 JSW
12       Plaintiff,               )
                                  )
13       v.                       )
                                  )   STIPULATION AND ORDER FOR
14  MICHAEL J. ASTRUE,            )   EXTENSION
    Acting Commissioner of        )
15  Social Security,              )
                                  )
16       Defendant.               )
    _____ )
17

18       IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

19  approval of the Court, that the Commissioner have a 30-day extension of time in which to file a response

20  to Plaintiff's Motion for Summary Judgment, up to and including February 7, 2011 (day 30 falls on a

21  Sunday). This extension is being sought due to a heavy case load. Between the time Plaintiff filed his

22  brief on December 8, 2010 and January 11, 2011, the undersigned counsel for the Commissioner had to

23  file documents in at least 14 district court cases and she has had to complete an appellate brief. In

24  addition, there were two federal holidays during this time period. Between January 10 and February 7,

25  2011, counsel has to complete seven district court briefs and another appellate brief. Counsel

26  respectfully requests an additional 30 days to complete the Commissioner's brief in this matter.

27  ///

28  ///

| | |
|---|---|
| Dated: January 7, 2011 | /s/ *Bess M. Brewer*<br> *(As authorized via email*)<br>BESS M. BREWER<br>Attorney for Plaintiff |
| | MELINDA L. HAAG<br>United States Attorney |
| Dated: January 7, 2011 | By: /s/ *Elizabeth Firer*<br>ELIZABETH FIRER<br>Special Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have up to and including February 7, 2011, to respond to Plaintiff's Motion for Summary Judgment.

Dated: January 10, 2011

_____
JEFFREY S. WHITE
United States District Judge

2