1  MELINDA L. HAAG, CSBN 132612
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER, SBN WI 1034148
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone: (415) 977-8937
        Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11  RICK ALLEN HART,              )
                                  )   CIVIL NO. C10-01760 JSW
12         Plaintiff,             )
                                  )
13         v.                     )   STIPULATION AND ORDER FOR
                                  )   EXTENSION
14  MICHAEL J. ASTRUE,            )
    Acting Commissioner of        )
15  Social Security,              )
                                  )
16         Defendant.             )
    _____)
17

18      IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

19 approval of the Court, that the Commissioner have a 30-day extension of time in which to file a response

20 to Plaintiff's Motion for Summary Judgment, up to and including February 7, 2011 (day 30 falls on a

21 Sunday). This extension is being sought due to a heavy case load. Between the time Plaintiff filed his

22 brief on December 8, 2010 and January 11, 2011, the undersigned counsel for the Commissioner had to

23 file documents in at least 14 district court cases and she has had to complete an appellate brief. In

24 addition, there were two federal holidays during this time period. Between January 10 and February 7,

25 2011, counsel has to complete seven district court briefs and another appellate brief. Counsel

26 respectfully requests an additional 30 days to complete the Commissioner's brief in this matter.

27 ///

28 ///

Dated: January 7, 2011                    /s/ *Bess M. Brewer*
                                         *(As authorized via email)*
                                         BESS M. BREWER
                                         Attorney for Plaintiff

                                         MELINDA L. HAAG
                                         United States Attorney

Dated: January 7, 2011              By: /s/ *Elizabeth Firer*
                                         ELIZABETH FIRER
                                         Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have up to and including February 7, 2011, to respond to Plaintiff's Motion for Summary Judgment.

Dated: January 10, 2011           /s/ Jeffrey S. White
                                         JEFFREY S. WHITE
                                         United States District Judge